Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

JUL 11 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

Wake Co. Division

| | |
|---|---|
| Shomari E Norman Sr. ) | Case No. 5:18-CV-343-D |
| ) | *(to be filled in by the Clerk's Office)* |
| _____ ) | |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| Evonne S Hopkins, Magistrate Lori Christian, ) | |
| Marc ) ) | |
| _____ ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Shomari E Norman |
   | Street Address | 2375 Southern Blvd |
   | City and County | Bronx |
   | State and Zip Code | NY 10456 |
   | Telephone Number | 919-717-6925 |
   | E-mail Address | shomarinorman@yahoo.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages

Defendant No. 1

| | |
|---|---|
| Name | Evonne S. Hopkins |
| Job or Title (if known) | Attorney |
| Street Address | 9380 Falls of Neuse Rd #201 |
| City and County | Raleigh |
| State and Zip Code | NC 27615 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Lori Christian |
| Job or Title (if known) | Judge |
| Street Address | 316 Fayetteville Street |
| City and County | Raleigh |
| State and Zip Code | NC 27601 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Marc Anthony |
| Job or Title (if known) | Attorney |
| Street Address | 316 Fayetteville Street |
| City and County | Raleigh |
| State and Zip Code | NC 27601 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | NC Child Support Agency |
| Job or Title (if known) | |
| Street Address | ~~P.O. Box 900006~~ 14 W. Edenton St |
| City and County | Raleigh |
| State and Zip Code | NC 27602 |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Shomari E Norman Sr, is a citizen of the State of *(name)* NEW YORK.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Evonne S. Hopkins, is a citizen of the State of *(name)* North Carolina. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) Lori Christian, is incorporated under the laws of the State of (name) North Carolina, and has its principal place of business in the State of (name) NC Wake County Judge.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff request to for jugdement for the total penalties be paid to Shomari E Norman Sr. no less than $50,000,000.00. This in additional to the $9,500,000.00 plus $500,000.00 per month the debt is slandering Credit. A lien is placed on Shomari E Norman Sr. xxx-xx-8098 credit score report. This is in direct violation against United States LAW.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

This document is a Summon to Appear to Child Support court. The summons to child support court was on 13 June 2012. The Slander of Credit and Character took place when North Carolina Child Support Agency placed a LIEN on the Plaintiff account on 1 June 2012. North Carolina court was bias and prejudice to SHOMARI E NORMAN SR. without hearing his case as established in Exhibit E. Which in turn makes the ruling UNCONSITUTIONAL and should be voided based on the Marbury v Madison court case.
PLAINTIFF PARENTAL RIGHTS IS TERMINATED- PLAINTIFF DOES NOT MEET THE CRITERIA FOR RIGHTS TO BE TERMINATED. ATTACHED STATEMENT DOCUMENT

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff request to for judgement for the total penalties be paid to Shomari E Norman Sr. no less than $50,000,000.00.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    Shomari E Norman Sr.    *Shomari E Norman S.*

Printed Name of Plaintiff    Shomari E Norman Sr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address