UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHOMARI E. NORMAN,                    )
                                      )
              Plaintiff,              )
                                      )          **JUDGMENT IN A**
                                      )          **CIVIL CASE**
v.                                    )          **CASE NO. 5:18-cv-343-D**
                                      )
EVONNE S. HOPKINS, JUDGE LORI         )
CHRSTIAN, MARC ANTHONY, and NC        )
CHILD SUPPORT AGENCY                  )
                                      )
              Defendants.             )

**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Hopkins's
motions to dismiss [D.E. 32, 45], DISMISSES the action against defendant Anthony, and
DISMISSES the action against North Carolina Child Support Agency. The court DENIES
as moot plaintiff's motion of discovery and addendum 2 [D.E. 59].


IT IS FURTHER ORDERED AND DECREED that on April 26, 2019 the Court DISMISSED
plaintiff's complaint against Judge Lori Christian.


<u>**This Judgment Filed and Entered on August 16, 2019, and Copies To:**</u>

Shomari E. Norman                     (Sent to 2375 Sothern Blvd Apt. 2C Bronx, NY
                                      10456 via US Mail)

Robert E. Desmond                     (via CM/ECF electronic notification)

Anna M. Davis                         (via CM/ECF electronic notification)




DATE:                                 PETER A. MOORE, JR., CLERK

August 16, 2019                            (By)  /s/ Nicole Sellers

                                           Deputy Clerk